UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAPA JOHN'S #2823, a business of unknown form; LEMON GROVE PLAZA, LP, a California limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-02859-BTM-AGS<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND DENYING MOTIONS TO DISMISS AS MOOT**<br><br>**[ECF Nos. 6, 7, 13, 14, 15, 16]** |

Before the Court are Defendant Lemon Grove Plaza, LP's Motions to Dismiss the First Amended Complaint for lack of subject matter jurisdiction, Plaintiff's Notice of Non-Opposition, and Plaintiff's subsequent Notice of Voluntary Dismissal. (ECF Nos. 13, 14, 15, 16). The Non-Opposition avers that Plaintiff recently learned that Papa John's restaurant #2823, the subject of this Americans with Disabilities Act lawsuit, permanently closed during the pendency of the case. (ECF No. 15). Consequently, Plaintiff believes he cannot "demonstrate a real and immediate threat of repeated injury in the future" and

therefore does not have standing to pursue injunctive relief. *Chapman v. Pier 1 Imports (U.S.), Inc.*, 631 F.3d 939, 946 (9th Cir. 2011) (internal quotations omitted). Although the Motions to Dismiss the First Amended Complaint did not raise this relevant fact or address it arguments about standing, Plaintiff asks the Court to grant the Motions to Dismiss without prejudice. (See ECF Nos. 13, 14).

The Court construes Plaintiff's Notice of Non-Opposition as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). The Court DISMISSES the action without prejudice, and DENIES the Motions to Dismiss the Complaint and First Amended Complaint as moot. (ECF Nos. 6, 7, 13, 14).

IT IS SO ORDERED.

Dated: April 22, 2019

_____
Honorable Barry Ted Moskowitz
United States District Judge